**Deonea YAMAUCHI, Surviving spouse of Wallace Yoshio, social security # 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, on behalf of self and all others similarly situated, Appellant,**

v.

**Kenneth S. APFEL, Commissioner Social Security Administration, Appellee.**

No. 99–2389.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 2, 2001.

Decided Jan. 31, 2001.

Before BEAM, FAGG, and LOKEN, Circuit Judges.

PER CURIAM.

Deonea Yamauchi appeals from the district court's [1] order remanding her claims for a hearing before an administrative law judge and denying class certification in this mandamus action against the Commissioner of Social Security. Having carefully reviewed the record and the submissions of the parties, we conclude that Ms. Yamauchi is not entitled to any further relief. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.